210 F.2d 953
 G. B. KENT & SONS, Ltd., Plaintiff-Appellant,
v.
P. LORILLARD COMPANY, Defendant-Appellee.
 No. 200.
 Docket 22922.
 United States Court of Appeals Second Circuit.
 Argued March 2, 1954.
 Decided March 24, 1954.
 
 Appeal from a judgment of the District Court for the Southern District of New York; Edward Weinfeld, Judge.
 Lewis & Mound, New York City, Milton N. Mound, Richard Wincor, and Herbert F. Schmelzer, New York City, of counsel, for plaintiff-appellant.
 Campbell, Brumbaugh, Free & Graves, New York City, Walter H. Free, Thomas L. Perkins, Robert McCormack and James N. Buckner, New York City, of counsel, for defendant-appellee.
 Before CHASE, Chief Judge, and FRANK and HINCKS, Circuit Judges.
 PER CURIAM.
 
 
 1
 Judgment affirmed on the opinion below. G. B. Kent & Sons v. P. Lorillard Co., D.C., 114 F.Supp. 621.